

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| AMO ENTERPRISES, INC. D/B/A VISTA CENTRAL MARKET, | § | No. 08-12-00092-CV |
|  | § | Appeal from |
| Appellant, | § |  |
|  | § | 346th District Court |
| v. | § | of El Paso County, Texas |
| JULIAN GARCIA MONTANEZ, | § |  |
|  | § | (TC # 2011-DCV-02041) |
| Appellee. | § |  |

**O P I N I O N**

AMO Enterprises, Inc. d/b/a Vista Central Market, Appellant, has filed a motion to dismiss the appeal because the parties have resolved their dispute by compromise and settlement. *See* TEX.R.APP.P. 42.1(a)(1). The motion does not reflect that the parties have made an agreement regarding costs. We grant the motion and dismiss the appeal. Costs are taxed against Appellant AMO Enterprises. *See* TEX.R.APP.P. 42.1(D)("Absent agreement of the parties, the court will tax costs against the appellant.").

December 5, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.